[No. 14539-1-II.   Division Two.   February 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT WILLIAM VESTAL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-01720-8, Waldo F. Stone, J., entered

November 28, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Alexander, J.